[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-10964

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MICHAEL JOSEPH WIHLBORG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cr-20212-JEM-1

_____

Before LUCK, LAGOA, and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) ("[A]s long as an appeal waiver is voluntarily and knowingly entered into as part of a valid plea agreement, and that agreement is accepted by the court, the waiver is enforceable.  It cannot be vitiated or altered by comments the court makes during sentencing."); *United States v. Bushert*, 997 F.2d 1343, 1351 (11th Cir. 1993) (explaining a sentence appeal waiver will be enforced if it was made knowingly and voluntarily).